IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.

TREVOR BJORKMAN,

          Defendant.

ORDER

99-cr-37-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(b)(4).

Entered this 26th day of July, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge

1